384 P.2d 264

**Joseph MASSAGLIA, Jr., individually and as Trustee, Petitioner,**

**v.**

**The Honorable John B. McMANUS, Jr., District Judge, Second Judicial District, Division I, in and for the County of Bernalillo, State of New Mexico, and District Court, Second Judicial District, in and for the County of Bernalillo, State of New Mexico, Respondents.**

**No. 7452.**

Supreme Court of New Mexico.

Aug. 21, 1963.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the petition for writ of prohibition be and the same is hereby denied.